IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE MAYOR AND CITY COUNCIL OF BALTIMORE, MARYLAND | : |
| PLAINTIFF, | : |
| v. | : Civil Action No. WMN-98-3135 |
| SUSQUEHANNA RIVER BASIN COMMISSION | : |
| DEFENDANT. | : |

## ORDER

Upon consideration of the aforegoing Motion for Leave of Court to Withdraw Appearance of Counsel, leave is hereby GRANTED, as prayed, this 17th day of April, 2000.

_____
U. S. District Judge